# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*: | ) ) ) Chapter 11 ) |
| ADVANTA CORP., *et al.*, | ) Case No. 09-13931 (KJC) ) |
| Debtors.[1] | ) (Jointly Administered) ) ) |
| AC LIQUIDATING TRUST, | ) ) ) Adv. Pro. No. 11-53516 |
| Plaintiff, | ) ) |
| v. | ) ) |
| EDGAR, DUNN & COMPANY, | ) ) |
| Defendant. | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

Plaintiff, the AC Liquidating Trust (the "Trust" or the "Plaintiff"), in the above-captioned adversary proceeding, hereby respectfully requests that the Court immediately dismiss with prejudice, the above-captioned Adversary Proceeding against the Defendant, pursuant to Bankruptcy Rule 7041 and Fed. R. Civ. P. 41(a)(1)(i). No answer has been filed by the Defendant. This adversary proceeding is hereby closed.

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Advanta Corp. (2070), Advanta Investment Corp. (5627), Advanta Business Services Holding Corp. (4047), Advanta Business Services Corp. (3786), Advanta Shared Services Corp. (7074), Advanta Service Corp. (5625), Advanta Advertising Inc. (0186), Advantennis Corp. (2355), Advanta Mortgage Holding Company (5221), Advanta Auto Finance Corporation (6077), Advanta Mortgage Corp. USA (2654), Advanta Finance Corp. (8991), Advanta Ventures Inc. (5127), BE Corp. (8960), ideablob Corp. (0726), Advanta Credit Card Receivables Corp. (7955), Great Expectations International Inc. (0440), Great Expectations Franchise Corp. (3326), and Great Expectations Management Corp. (3328).

|  |  |
|---|---|
| Dated: June 4, 2012<br>Wilmington, Delaware | **DRINKER BIDDLE & REATH LLP**<br><br>/s/ Howard A. Cohen<br>Howard A. Cohen (DE 4082)<br>1100 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br>          - and -<br><br>Robert K. Malone (*admitted pro hac vice*)<br>Marita S. Erbeck (*admitted pro hac vice*)<br>500 Campus Drive<br>Florham Park, New Jersey  07932-1047<br>Telephone: (973) 360-1100<br>Facsimile:  (973) 360-9831<br><br>Counsel for the AC Liquidating Trust |